IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-930 |
| LACIE REBEKAH WHISENANT (01)<br>HAI MINH BUI (02) | |

## CRIMINAL COMPLAINT

I, Christian A. Abrahim, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

Beginning on a date unknown but no later than in or around November 2022, and continuing until on or about November 17, 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Lacie Rebekah Whisenant** and **Hai Minh Bui**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

**Probable Cause:**

1. I, Christian A. Abrahim, affiant, under oath, duly state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) assigned to the DEA Task Force, Group 1, of the Fort Worth District Office (FWDO). The statements set forth in this affidavit are from my personal observations, my training and experience, and from information obtained from other law enforcement officers and witnesses.

The facts presented are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

2. On or about November 17, 2022, Investigators from the DEA FWDO executed a Federal Search Warrant at 5200 White Settlement Road Apartment 1445 in Fort Worth, Texas. The property where the search warrant was executed was believed to be controlled and operated by a suspected drug distributor previously identified as **Lacie Rebekah Whisenant.**

3. While executing the search warrant, Investigators encountered **Whisenant** attempting to flee on foot from the property. At that time, Investigators contacted **Whisenant** and detained her pending search of the residence. Investigators subsequently executed the search warrant at 5200 White Settlement Road Apartment 1445, Fort Worth, Texas.

4. While searching the residence, **Whisenant** waived her right to *Miranda* and requested to cooperate with Investigators and indicated where she stored her methamphetamine and black tar heroin within the apartment. Investigators located a small suitcase in the living room of the residence that contained large plastic-taped bundles of a crystal-like substance – based on their training and experience – they recognized as crystal methamphetamine. A field test of the suspected methamphetamine was conducted which tested presumptive positive of the presences of methamphetamine weighing at approximately 4,202 grams.

5. Also located within the apartment during the search was approximately 400 grams of suspected black tar heroin along with other drugs, US currency, distribution paraphernalia such as baggies and digital scales, a drug ledger notebook, and a firearm. The suspected black tar heroin was later field tested which yielded a positive test result for heroin.

6. After searching the apartment, **Whisenant** requested to further cooperate with DEA Investigators and assisted with identifying her source of supply (SOS) for the drugs located in her apartment. **Whisenant** stated she purchased multiple kilograms of methamphetamine on November 15, 2022, from an individual later identified as **Hai Minh Bui** at an address later identified as 5000 Lodgepole Lane, Fort Worth, Texas.

7. Investigators established surveillance at 5000 Lodgepole Lane, Fort Worth, Texas. During surveillance, Investigators observed a male believed to be **Bui** based on familiarity of digital pictures depicting **Bui** and a physical description given by **Whisenant**. Subsequently, **Bui** exited the Lodgepole Lane residence carrying a tan colored military-styled backpack and entered a black BMW sedan.

8. Investigators maintained surveillance on the black BMW until Fort Worth Police Officers conducted a traffic stop with the vehicle and identified **Bui** as the sole occupant and driver of the BMW. A Lake Worth Police Department (LWPD) K-9 Officer was in the nearby area and arrived on scene to assist. LWPD K-9 Officer K. Segeda deployed her canine partner K-9 Harley to conduct a 'free air sniff' of the vehicle. K-9 Officer Segeda stated that K-9 Harley is both trained and nationally certified in the detection for odor of narcotics.

9. At that time, K-9 Officer Segeda notified Investigators on scene that K-9 Harley alerted to the presence of the odor of narcotics. FWPD Officers conducted a probable cause search within the vehicle for narcotics. Investigators located around 2 pounds of suspected marijuana inside of the tan military-styled backpack previously observed on **Bui's** person while exiting his residence.

10. Investigators subsequently obtained a State Search Warrant for **Bui's** residence, which was signed on November 17, 2022. Upon execution of the search warrant, Investigators located around 10,900 grams of suspected methamphetamine along with additional amounts of suspected counterfeit pills, marijuana, other drugs, US currency, drug packaging and firearms. It was also observed that the packaging of the suspected marijuana located in the tan military-styled backpack located on **Bui's** person matched similar packaging located in the residence during the search warrant.

*[Continued on next page]*

11. Thus, based on the above facts and circumstances, there is probable cause to believe that **Lacie Rebekah Whisenant** and **Hai Minh Bui**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

_____
Task Force Officer Christian A. Abrahim
Drug Enforcement Administration

Sworn and subscribed before me, this 18th day of November, 2022, at 1:15 pm, in Fort Worth, Texas.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE