

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2022 DEC 14  PM 1: 07

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.

LACIE REBEKAH WHISENANT  (01)
HAI MINH BUI                        (02)

No.

4-22CR-371-0

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

In and around November 2022, in the Fort Worth Division of the Northern District

of Texas, and elsewhere, defendants **Lacie Rebekah Whisenant** and **Hai Minh Bui**,

along with others known and unknown, did knowingly and intentionally combine,

conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§

841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule

II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

<u>Forfeiture Notice</u>
(21 U.S.C. § 853)

Pursuant to 21 U.S.C. § 853(a), upon conviction of Count One, the defendants

shall forfeit to the United States any property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as a result of Count One, and any of the

defendant's property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of Count One.

The government may seek a forfeiture money judgment.

The government may seek forfeiture of substitute property as allowed by 21

U.S.C. § 853(p).

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

LACIE REBEKAH WHISENANT (01)
HAI MINH BUI (02)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

FORT WORTH                                          _Ronald D. Jackson_ FOREPERSON

Filed in open court this 14th day of December, 2022.

**Defendants in Federal Custody since November 17, 2022.**

-------------------------------------------------------------------------------------------

_Hal R. Ray, Jr._

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-930-BP