IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 4:22-CR-00371-O-1 |
| § | |
| LACIE REBEKAH WHISENANT § | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE DISTRICT JUDGE REED C. O'CONNOR,
NORTHERN DISTRICT OF TEXAS:

COMES NOW, Defendant (Lacie Rebekah Whisenant) by and through her desired counsel, Cody L. Cofer and James K. Luster, and moves the Court to substitute Cody L. Cofer as lead counsel and James K. Luster as attorney to be noticed, and to terminate Blake Burns as Ms. Whisenant's counsel. In support, Defendant would show:

1. On November 18, 2022, a federal magistrate appointed CJA attorney, Blake Ryan Burns as counsel of record for Ms. Whisenant. (ECF 2).

2. Ms. Whisenant retained Cody L. Cofer and James K. Luster on January 26, 2023.

3. Ms. Whisenant moves the court to permit the appearance and substitution of Cody L. Cofer and James K. Luster for Ms. Whisenant's current appointed counsel. Ms. Whisenant moves the Court to terminate and relieve the CJA attorney Blake Ryan Burns from any future obligation to represent Ms. Whisenant. Ms. Whisenant so moves the Court so that Ms. Whisenant may be represented by the counsel of her choice and is not for purpose of delay.

WHEREFORE PREMISES CONSIDERED, Cody L. Cofer prays that his name entered as Attorney of Record for Lacie Rebekah Whisenant, James K. Luster as attorney to be noticed,

and Blake Ryan Burns be terminated as counsel, and all future notices and correspondence be directed to Cody L. Cofer.

Respectfully submitted,

*/s/ Cody L. Cofer*
Cody L. Cofer
TX SBN: 24066643
Cofer Luster Law Firm, PC
604 E 4th Street, Suite 101,
Fort Worth, TX 76102
Phone: 682-777-3336
Fax: 682-238-5577
Email: ccofer@coferluster.com
Attorney for Defendant

MOTION FOR SUBSTITUTION OF COUNSEL

## CERTIFICATES OF CONFERENCE

I hereby certify that on January 26, 2023, I conferred with Defendant's current counsel, Blake Ryan Burns. Blake Ryan Burns does not object

/s/Cody L. Cofer

I hereby certify that on January 26, 2023, I conferred with the attorney for the Government. The Government does not object to this motion.

/s/Cody L. Cofer

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney for the Government and Defendant's current counsel.

*/s/ Cody L. Cofer*
Cody L. Cofer